B5 (Official Form 5) (12/07)    FORM 5. INVOLUNTARY PETITION

# United States Bankruptcy Court
## District of Arizona

**INVOLUNTARY PETITION**

| IN RE (Name of Debtor - If Individual: Last, First, Middle) | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
|---|---|
| Technical Expertise & Management in Communications | |

Last four digits of Social-Security or other Individual's Tax-ID No./Complete EIN (If more than one, state all.)

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code) | MAILING ADDRESS OF DEBTOR (If different from street address) |
|---|---|
| 943 N. Acacia Dr.<br>Gilbert, AZ 85233 | |

COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS
**Maricopa**

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
☐ Chapter 7   ■ Chapter 11

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

**Nature of Debts** (Check one box)
Petitioners believe:
☐ Debts are primarily consumer debts
■ Debts are primarily business debts

**Type of Debtor** (Form of Organization)
☐ Individual (Includes Joint Debtor)
☐ Corporation (Includes LLC and LLP)
☐ Partnership
■ Other (If debtor is not one of the above entities, check this box and state type of entity below.)
**Limited Liability Company**

**Nature of Business** (Check one box)
☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

### VENUE

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

### FILING FEE (Check one box)

■ Full Filing Fee attached

☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.
*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]*

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| | | |
| Relationship | District | Judge |
| | | |

### ALLEGATIONS
(Check applicable boxes)

**COURT USE ONLY**

1. ■ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ☐ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☐ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
3.b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Name of Debtor **Technical Expertise & Management in Communications**

B5 (Official Form 5) (12/07) - Page 2         Case No.

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| X /s/ Douglas A. Click | X /s/ Kelly McCoy, PLC | February 24, 2015 |
|---|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney | Date |

**Arizona Hi-Lift, LLC**          February 24, 2015
Name of Petitioner                 Date Signed

**Kelly McCoy, PLC**
Name of Attorney Firm (If any)

Name & Mailing Address of Individual Signing in Representative Capacity:
**Douglas A. Click
830 S. 23rd Avenue
Phoenix, AZ 85009**

**340 East Palm Lane, Suite 300
Phoenix, AZ 85004**
Address
Telephone No. **602-687-7433**

---

X /s/ Barry A. Willits
Signature of Petitioner or Representative (State title)

X /s/ Kelly McCoy, PLC          February 24, 2015
Signature of Attorney           Date

**Holden Willits, PLC**          February 24, 2015
Name of Petitioner                Date Signed

**Kelly McCoy, PLC**
Name of Attorney Firm (If any)

Name & Mailing Address of Individual Signing in Representative Capacity:
**Barry A. Willits
Two N. Central Avenue
Suite 1200
Phoenix, AZ 85004**

**340 East Palm Lane, Suite 300
Phoenix, AZ 85004**
Address
Telephone No. **602-687-7433**

---

X /s/ Thomas G. Luikens
Signature of Petitioner or Representative (State title)

X /s/ Kelly McCoy, PLC          February 24, 2015
Signature of Attorney           Date

**Thomas G. Luikens, P.C.**      February 24, 2015
Name of Petitioner                Date Signed

**Kelly McCoy, PLC**
Name of Attorney Firm (If any)

Name & Mailing Address of Individual Signing in Representative Capacity:
**Thomas G. Luikens
4227 N. 32nd Street
1st Floor
Phoenix, AZ 85018**

**340 East Palm Lane, Suite 300
Phoenix, AZ 85004**
Address
Telephone No. **602-687-7433**

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Arizona Hi-Lift, LLC<br>830 S. 23rd Avenue<br>Phoenix, AZ 85009 | Equipment Rental | 103,344.00 |
| Holden Willits, PLC<br>Two N. Central Avenue<br>Suite 1200<br>Phoenix, AZ 85004 | Unpaid Professional Services | 2,479.04 |
| Thomas G. Luikens, P.C.<br>4227 N. 32nd Street<br>1st Floor<br>Phoenix, AZ 85018 | Unpaid Professional Services | 3,692.55 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>109,515.59 |

0 continuation sheets attached

Name of Debtor **Technical Expertise & Management in Communications**

B5 (Official Form 5) (12/07) - Page 2                    Case No.

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| X /s/ Douglas A. Click<br>Signature of Petitioner or Representative (State title) | X /s/ Kelly McCoy, PLC        February 24, 2015<br>Signature of Attorney                Date |
| Arizona Hi-Lift, LLC           February 24, 2015<br>Name of Petitioner                Date Signed | Kelly McCoy, PLC<br>Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: Douglas A. Click, 830 S. 23rd Avenue, Phoenix, AZ 85009 | 340 East Palm Lane, Suite 300<br>Phoenix, AZ 85004<br>Address<br>Telephone No. 602-687-7433 |
| X /s/ Barry A. Willits<br>Signature of Petitioner or Representative (State title) | X /s/ Kelly McCoy, PLC        February 24, 2015<br>Signature of Attorney                Date |
| Holden Willits, PLC            February 24, 2015<br>Name of Petitioner                Date Signed | Kelly McCoy, PLC<br>Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: Barry A. Willits, Two N. Central Avenue, Suite 1200, Phoenix, AZ 85004 | 340 East Palm Lane, Suite 300<br>Phoenix, AZ 85004<br>Address<br>Telephone No. 602-687-7433 |
| X /s/ Thomas G. Luikens<br>Signature of Petitioner or Representative (State title) | X /s/ Kelly McCoy, PLC        February 24, 2015<br>Signature of Attorney                Date |
| Thomas G. Luikens, P.C.       February 24, 2015<br>Name of Petitioner                Date Signed | Kelly McCoy, PLC<br>Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: Thomas G. Luikens, 4227 N. 32nd Street, 1st Floor, Phoenix, AZ 85018 | 340 East Palm Lane, Suite 300<br>Phoenix, AZ 85004<br>Address<br>Telephone No. 602-687-7433 |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Arizona Hi-Lift, LLC<br>830 S. 23rd Avenue<br>Phoenix, AZ 85009 | Equipment Rental | 103,344.00 |
| Holden Willits, PLC<br>Two N. Central Avenue<br>Suite 1200<br>Phoenix, AZ 85004 | Unpaid Professional Services | 2,479.04 |
| Thomas G. Luikens, P.C.<br>4227 N. 32nd Street<br>1st Floor<br>Phoenix, AZ 85018 | Unpaid Professional Services | 3,692.55 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>109,515.59 |

0 continuation sheets attached

Name of Debtor **Technical Expertise & Management in Communications**

B5 (Official Form 5) (12/07) - Page 2  Case No._____

## TRANSFER OF CLAIM
☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF
Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x /s/ Douglas A. Click<br>Signature of Petitioner or Representative (State title) | x /s/ Kelly McCoy, PLC          February 24, 2015<br>Signature of Attorney                               Date |
| Arizona Hi-Lift, LLC          February 24, 2015<br>Name of Petitioner             Date Signed | Kelly McCoy, PLC<br>Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity:<br>Douglas A. Click<br>830 S. 23rd Avenue<br>Phoenix, AZ 85009 | 340 East Palm Lane, Suite 300<br>Phoenix, AZ 85004<br>Address<br>Telephone No. 602-687-7433 |
| x /s/ Barry A. Willits<br>Signature of Petitioner or Representative (State title) | x /s/ Kelly McCoy, PLC          February 24, 2015<br>Signature of Attorney                               Date |
| Holden Willits, PLC           February 24, 2015<br>Name of Petitioner             Date Signed | Kelly McCoy, PLC<br>Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity:<br>Barry A. Willits<br>Two N. Central Avenue<br>Suite 1200<br>Phoenix, AZ 85004 | 340 East Palm Lane, Suite 300<br>Phoenix, AZ 85004<br>Address<br>Telephone No. 602-687-7433 |
| x /s/ Thomas G. Luikens<br>Signature of Petitioner or Representative (State title) | x /s/ Kelly McCoy, PLC          February 24, 2015<br>Signature of Attorney                               Date |
| Thomas G. Luikens, P.C.       February 24, 2015<br>Name of Petitioner             Date Signed | Kelly McCoy, PLC<br>Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity:<br>Thomas G. Luikens<br>4227 N. 32nd Street<br>1st Floor<br>Phoenix, AZ 85018 | 340 East Palm Lane, Suite 300<br>Phoenix, AZ 85004<br>Address<br>Telephone No. 602-687-7433 |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Arizona Hi-Lift, LLC<br>830 S. 23rd Avenue<br>Phoenix, AZ 85009 | Equipment Rental | 103,344.00 |
| Holden Willits, PLC<br>Two N. Central Avenue<br>Suite 1200<br>Phoenix, AZ 85004 | Unpaid Professional Services | 2,479.04 |
| Thomas G. Luikens, P.C.<br>4227 N. 32nd Street<br>1st Floor<br>Phoenix, AZ 85018 | Unpaid Professional Services | 3,692.55 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>109,515.59 |

____0____ continuation sheets attached

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                                                              Best Case Bankruptcy